UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE VULCAN SOCIETY OF
WESTCHESTER COUNTY, INC.,
                            Plaintiff,

                    -v-

FIRE DEPARTMENT OF THE CITY OF
WHITE PLAINS, *et al*.,
                            Defendants.

-----------------------------------------------------

UNITED STATES OF AMERICA,
                            Plaintiff,

                    -v-

NEW YORK STATE DEPARTMENT
OF CIVIL SERVICE, *et al*.,
                            Defendants.

78-CV-911 (JPO)

80-CV-336 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated during the telephonic conference held before the Court on June 16,

2023:

- The proposed intervenors' motions for permission to intervene are granted pursuant
  to Federal Rule of Civil Procedure 24(b);

- Fire Captain Civil Service List #74-028 is hereby extended for one additional year,
  through December 17, 2024;

- The request to extend Fire Lieutenant List #74-955 for two additional years is denied.

1

In case number 78-CV-911, the Clerk of Court is directed to close the motions at ECF Nos. 139, 145, 154, and 165, reflecting that each motion for permission to intervene has been GRANTED.

In case number 80-CV-336, the Clerk of Court is directed to close the motions at ECF Nos. 204, 210, 216, 225, and 236, reflecting that each motion for permission to intervene has been GRANTED.


SO ORDERED.

Dated: June 16, 2023
       New York, New York

_____
                 J. PAUL OETKEN
              United States District Judge