UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VULCAN SOCIETY OF WESTCHESTER COUNTY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al., <br><br> Defendants. | 78-CV-911(JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties have a settlement conference scheduled on August 15, 2025. ECF No. 230. In light of the parties' ongoing settlement discussions, the Court respectfully directs the Clerk of Court to designate this case as stayed.

Dated: July 29, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge