**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE VULCAN SOCIETY OF WESTCHESTER
COUNTY, INC.,

                                   Plaintiff,                **SCHEDULING ORDER**

        -against-                                        78 Civ. 911 (JGLC)(JCM)

FIRE DEPARTMENT OF THE CITY OF
WHITE PLAINS, *et al.*,

                                 Defendants.
------------------------------------------------------------X

       The Court has scheduled a Telephone Conference for September 11, 2025 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy to discuss scheduling a settlement conference in this matter. This conference is to be attended by counsel only. Parties are not required to attend. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 855-244-8681
    <u>Access Code</u>: 1800490580

Dated:  September 5, 2025
           White Plains, New York

                                                           **SO ORDERED:**

                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge