

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

December 12, 2025

**By ECF**
Honorable Jessica. G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Re:   *Vulcan Society of Westchester County et al. v. Fire Department of the
City of White Plains et al.*, 78 Civ. 911 (JPO)

*United States of America v. New York State Department of Civil Service*,
80 Civ. 336 (JPO)

Dear Judge Clarke:

The Office of New York Attorney General ("OAG") represents defendant the New York State Department of Civil Service ("NYSDCS") in the above-referenced actions. I write to respectfully request that the Court direct the Clerk to terminate the appearances of Assistant Attorney General Elizabeth A. Figueira in these actions. Ms. Figueira has left the OAG for another position as of December 12, 2025. NYSDCS will continue to be represented by OAG and myself, such that no substitution is necessary.

Thank you for your consideration in this matter.

Application GRANTED. The Clerk of Court is directed to terminate the appearances of Assistant Attorney General ("AAG") Figueira in both actions, and substitute AAG Wang in the action numbered 78CV911. The Clerk of Court is also directed to terminate ECF Nos. 356 and 358 in the action numbered 80CV336.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 12, 2025
New York, New York

Respectfully submitted,

/s/ Shi-Shi Wang
SHI-SHI WANG
Assistant Attorney General
28 Liberty Street
NEW YORK, NY 10005
(212) 416-8625
SHI-SHI.WANG@AG.NY.GOV