UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE VULCAN SOCIETY OF WESTCHESTER COUNTY, INC.,

Plaintiff,

-against-

FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,

Defendants.

78-CV-911 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court ORDERS Plaintiff and the Yonkers Defendants to each submit briefing on what legal standard the parties propose the Court use when considering the Yonkers Defendants' Motion to Extend the Firefighter Hiring List to Four Years, ECF No. 247, by **September 4, 2026**.

Furthermore, the Court ORDERS Plaintiff and the Yonkers Defendants to appear for oral argument regarding Yonkers Defendants' Motion to Extend the Firefighter Hiring List to Four Years on **September 15, 2026**, at **2:00 p.m.**, in Courtroom 320 of the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

Dated: August 26, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge