UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VULCAN SOCIETY OF WESTCHESTER COUNTY, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,<br><br>Defendants. | 78 Civ. 911 (JGLC) (JCM) |

**~~[PROPOSED]~~ ORDER TERMINATING THE CONSENT DECREE RELATING TO THE CITY OF YONKERS AS TO THE STATE DEFENDANTS**

WHEREAS, the Court entered a Consent Decree in the above-referenced action, 78 Civ. 911, on August 14, 1981 (the "Vulcan Consent Decree") (*see* ECF No. 246-2);

WHEREAS, the Vulcan Consent Decree was modified on January 9, 2014 (see ECF No. 39) ("2014 Modification Order");

WHEREAS, the Vulcan Consent Decree and the 2014 Modification Order are applicable to defendants FIRE DEPARTMENT OF THE CITY OF YONKERS, YONKERS MUNICIPAL CIVIL SERVICE COMMISSION, CITY OF YONKERS (collectively, the "Yonkers Defendants"), and THE NEW YORK STATE DEPARTMENT OF CIVIL SERVICE ("DCS"), VICTOR S. BAHOUR ("Bahour") and JOSEPHINE J. GAMBINO ("Gambino") (collectively, "State Defendants" as that term is defined in Section I.b.[1], "Definitions" of the Vulcan Consent Decree);

WHEREAS State Defendants at the request of the Yonkers Defendants, "prepares, constructs and rates" the written tests that the Yonkers Defendants use as a basis, among other

[1] Section 1.b of the Vulcan Consent Decree defines "State Defendants" as "the New York State Department of Civil Service, its Commissioners and officers, their successors in office, and all persons in active concert or participation with or under the control or direction of any of them." *See* ECF No. 246-2.

criteria, for determining the eligibility of applicants for the position of firefighter and for determining the eligibility of applicants for the positions of fire lieutenant and fire captain, *see* Vulcan Consent Decree, Sections II.B., V.A.;

WHEREAS, the State Defendants developed and validated an updated entry-level firefighter written exam through consultation with PSI Services LLC, which was summarized in a report dated December 31, 2018 (“PSI Exam”) (*see* ECF No. 279-1 in 80-cv-336);

WHEREAS, the Court so-ordered the 2025 Interim Order on April 30, 2025 to facilitate the test administration and grading for the March 3, 2025 administration of PSI Exam by the City of Yonkers (*see* ECF No. 221);

WHEREAS, State Defendants complied with the terms of the 2025 Interim Order that pertained to them, including administering the PSI Exam using banded scoring and completing the “Reporting” requirements pursuant to Section VIII of the Vulcan Consent Decree and the 2014 Modification Order (*see* ECF No. 221);

WHEREAS, Plaintiff Vulcan Society did not formally challenge the lawfulness of the scoring methodology of the 2025 Interim Order (*see* ECF No. 221);

WHEREAS, Plaintiff Vulcan Society has not formally articulated any violations by State Defendants under the Vulcan Consent Decree;

WHEREAS, Plaintiff Vulcan Society will not oppose State Defendants being dismissed as defendants in the Vulcan Consent Decree; and

WHEREAS, notice of State Defendants’ intent to seek dissolution has been provided to parties pursuant to Section IX of the Vulcan Consent Decree on January 23, 2026;

IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 25(d), Individual State Defendants Bahour and Gambino are substituted for the current Commissioner and President of DCS, Timothy R. Hogues, and DCS Executive Deputy Commissioner Rebecca A. Corso.

2. The Vulcan Consent Decree shall be terminated as to State Defendants, as of the date the Court signs the Proposed Order.

Dated: September 3, 2026

Dana E. Lossia
LEVY RATNER
80 Eighth Avenue, 8th Floor
New York, New York 10011
212-627-8100
dlossia@levyratner.com
*Attorneys for Plaintiff Vulcan Society of Westchester County, Inc.*

Dated: September 4, 2026

LETITIA JAMES
Attorney General
State of New York

Shi-Shi Wang
Assistant Attorney General
28 Liberty Street
New York, New York 10005
212-416-8625
Shi-Shi.Wang@ag.ny.gov
*Attorneys for the State Defendants*

Dated: September 3, 2026

Raymond P. Fitpatrick, Jr.
1200 Corporate Drive, Suite 105
Birmingham, Alabama 35242
205-437-8846
rfp@rfitzpatricklaw.com
*Attorney for the Yonkers Defendants*

SO ORDERED:

Jessica Clarke
HON. JESSICA G. L. CLARKE,
U.S.D.J. United States District Judge

Dated: September 8, 2026
White Plains, New York