UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VULCAN SOCIETY OF WESTCHESTER COUNTY, INC.,<br>Plaintiff,<br>-against-<br>FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,<br>Defendants. | 78-CV-911 (JGLC)<br>**OPINION AND ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated on the record in the conference held on September 15, 2026, the Court DENIES the Yonkers Defendants' motion for extension of the firefighter list.

As discussed, the Yonkers Defendants shall file a proposed order in accordance with the Court's ruling and the parties' agreement regarding the next test cycle by September 22, 2026.

Furthermore, as stated in conference, Plaintiff's deadline to oppose the Yonkers Defendants' motion to terminate the 1981 Consent Decree is **September 18, 2026**. The deadline for the Yonkers Defendants to reply is **October 9, 2026**.

Plaintiff and the Yonkers Defendants are directed to file a joint status letter no later than **October 16, 2026**, setting forth whether the parties request a hearing or oral argument on the motion to terminate; the likely length of such a hearing based on anticipated witness testimony; and the parties' availability for a hearing in December 2026, January 2027, or February 2027. The parties shall also indicate in this letter whether they request to continue settlement discussions before Chief Magistrate Judge McCarthy.

The Clerk of Court is directed to terminate ECF No. 247.

Dated: September 15, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge