UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VULCAN SOCIETY OF WESTCHESTER COUNTY, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,<br><br>Defendants. | 78 Civ. 911 (JGLC)(JCM) |

**~~[PROPOSED]~~ ORDER**

WHEREAS, the current list of eligibles to be hired as Firefighters by the City of Yonkers is scheduled to expire on September 10, 2027; and

WHEREAS, the Yonkers defendants moved the Court for permission to extend said list of eligibles for two additional years or a total of four years duration to expire on September 10, 2029, ECF 247, and the Court denied said motion on September 15, 2026, ECF 262; and

WHEREAS, the New York State Dept. of Civil Service ("DCS") has announced that the next Firefighter written examination will be administered on a statewide basis on January 9, 2027; and

Whereas the obligations of DCS under the consent decree governing the Yonkers defendants were terminated on September 8, 2026 by Order entered as ECF 261; and

WHEREAS, the process for scoring applicants to Yonkers was substantially revised for the last administration of the DCS Firefighter written examination;

IT IS HEREBY ORDERED that:

1. The Yonkers defendants and the Yonkers Civil Service Commission shall utilize banded scores provided by DCS and any applicable veterans points to adopt a list of eligibles from the test results of the January 9, 2027 Firefighter test.

2. The physical agility procedures of the Consent Decree shall not be utilized to score or rank applicants that pass the January 9, 2027 Firefighter test.

3. The Yonkers defendants shall use the Candidate Physical Ability Test ("CPAT"), in compliance with its licensing agreement, on a pass-fail basis in its evaluation of candidates on the list of eligibles from the January 9, 2027 Firefighter test.

4. The requirements for appointment as a firefighter as provided in the Consent Decree shall be modified to provide that applicants must not have reached their thirty-second (32) birthday by the date of the written test.

5. The language below will substituted for the "Residence" provisions of the Consent Decree:

> Residence. In order to be eligible to take the test and be appointed from the list, applicants must be legal residents of the City of Yonkers continuously for at least one year immediately preceding the date of the written test and must remain residents of the City up to and including the time of appointment. Only applicants who can demonstrate eligibility as described above will be considered for appointment.

6. The deadline for filing applications to take the January 9, 2027 Firefighter test shall be November 25, 2026.

Dated: September 22, 2026

Dana Lossia

Dana E. Lossia
LEVY RATNER
80 Eighth Avenue, 8th Floor
New York, New York 10011
212-627-8100
dlossia@levyratner.com
*Attorney for Plaintiff Vulcan Society of Westchester County, Inc.*

Dated: September 22, 2026

Raymond P. Fitzpatrick, Jr.

Raymond P. Fitpatrick, Jr.
1200 Corporate Drive, Suite 105
Birmingham, Alabama 35242
205-437-8846
rfp@rfitzpatricklaw.com
*Attorney for the Yonkers Defendants*

SO ORDERED:

Jessica Clarke

JESSICA G.L. CLARKE
United States District Judge
Dated: September 23, 2026
White Plains, New York