UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VULCAN SOCIETY OF WESTCHESTER COUNTY, et al.,

Plaintiffs,

-against-

FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,

Defendants.

No. 78-cv-911 (JGLC) (JCM)

**~~[PROPOSED]~~ ORDER TERMINATING STATE DEFENDANTS IN THE CONSENT JUDGMENT RELATING TO THE CITY OF WHITE PLAINS**

WHEREAS, the Court entered a Consent Judgment in the above-referenced action, 78 Civ. 911 (TPG), on January 19, 1981 (the "Vulcan Consent Judgment");

WHEREAS, the Vulcan Consent Judgment is applicable to defendants THE CITY OF WHITE PLAINS, THE CITY OF WHITE PLAINS FIRE DEPARTMENT ("White Plains Defendants"), and THE NEW YORK STATE DEPARTMENT OF CIVIL SERVICE;

WHEREAS defendant NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, VICTOR S. BAHOUR ("Bahour"), and JOSEPHINE J. GAMBINO ("Gambino") (collectively, the "State Defendants" as that term is defined in Section I.e., "Definitions" of the Consent Judgments), at the request of the White Plains Defendants, "prepares, constructs and rates" the written tests that the White Plains Defendants use as a basis, among other criteria, for determining the eligibility of applicants for the position of firefighter and for determining the eligibility of applicants for the positions of fire lieutenant and fire captain, *see* Vulcan Consent Judgment, Sections II.B., V.A.;

WHEREAS, the Vulcan Consent Judgment requires the City Defendants, including the White Plains Defendants, and State Defendants to work towards the "Improvements of Future Written Tests" (*see* Section IV of the Vulcan Consent Judgment);

WHEREAS, the State Defendants developed and validated an updated entry-level firefighter written exam through consultation with PSI Services LLC, which was summarized in a report dated December 31, 2018 ("PSI Exam") (*see* ECF No. 279-1 in 80-cv-336);

WHEREAS, the Court so-ordered the 2025 Interim Order to facilitate the test administration and grading for the March 3, 2025 administration of the PSI Exam by the City of White Plains (*see* ECF No. 303 in 80-cv-336);

WHEREAS, State Defendants complied with the terms of the 2025 Interim Order that pertained to them; including administering the PSI Exam using banded scoring and providing counsel for the parties with anonymized candidate scoring data by race and ethnicity for the PSI Exam (*see* ECF No. 303 in 80-cv-336);

WHEREAS, Plaintiff Vulcan Society did not formally "raise any concerns about the lawfulness of the scoring methodology," as permitted by the 2025 Interim Order;

WHEREAS, the Court so-ordered the 2024 Amended Consent Judgment Regarding White Plains on April 23, 2025 (*see* ECF No. 332 in 80-cv-336);

WHEREAS, the 2024 Amended Consent Judgment Regarding White Plains requires test administration for entry-level and promotional examinations to follow the subject matter and grading procedures used for the rest of New York State (*see* II.B.1 and III.A.1 of ECF No. 332);

WHEREAS, Plaintiff Vulcan Society has not formally articulated any violations by State Defendants under the Vulcan Consent Judgment;

WHEREAS, Plaintiff Vulcan Society will not oppose State Defendants being dismissed as defendants in the Vulcan Consent Judgment or the 2024 Amended Consent Judgment Regarding White Plains; and

WHEREAS, notice of State Defendants' intent to seek dissolution has been provided to parties pursuant to Section XV of the Vulcan Consent Judgment and Section VIII.A of the 2024

Amended Consent Judgment Regarding White Plains;

IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 25(d), Individual State Defendants Bahour and Gambino are substituted for the current Commissioner and President of DCS, Timothy R. Hogues, and DCS Executive Deputy Commissioner Rebecca A. Corso.

2. The Consent Judgments Regarding White Plains in the Vulcan Action shall be terminated as to the State Defendants as of the date the Court signs the Proposed Order.

Dated: 9/21/2026, 2026

Dana E. Lossia
LEVY RATNER
80 Eighth Avenue, 8th Floor
New York, New York 10011
212-627-8100
dlossia@levyratner.com

*Attorney for Plaintiff Vulcan Society of Westchester County, Inc.*

Dated: September 25, 2026

LETITIA JAMES
Attorney General
State of New York

Shi-Shi Wang
Assistant Attorney General
28 Liberty Street
New York, New York 10005
212-416-8625
Shi-Shi.Wang@ag.ny.gov
*Attorneys for the State Defendants*

Dated: September 25, 2026

*William J. Anthony*

William J. Anthony
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022-3298
212-471-4404
wanthony@littler.com
*Attorney for Defendant*
*City of White Plains*

SO ORDERED:

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: September 29, 2026
White Plains, New York