UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VULCAN SOCIETY OF WESTCHESTER COUNTY, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>FIRE DEPARTMENT OF THE CITY OF WHITE PLAINS, et al.,<br><br>Defendants. | 78 Civ. 911 (JGLC)(JCM) |

**~~[PROPOSED]~~ ORDER**

WHEREAS, on September 23, 2026, the Court entered an Order requiring the Yonkers defendants to administer the next Firefighter examination on January 9, 2027 (ECF 266); and

WHEREAS, said Order provided that the deadline for filing applications to take the Firefighter test shall be November 25, 2026 (ECF 266, at paragraph 6); and

WHEREAS, the parties wish to extend the application deadline in order to provide additional time for the recruitment of diverse applicants;

It is therefore ORDERED that:

1. The deadline for filing applications by all applicants for the January 9, 2027 Yonkers Firefighter examination shall be extended to December 9, 2026.

2. Notwithstanding the extension of the application deadline, the written test training provided by the Yonkers defendants under section VII (B)(6)(f)(1) of the Consent Decree shall be provided during the same six week period between November 25, 2026 and January 9, 2027 as previously scheduled by the Yonkers defendants.

*Signatures on Next Page*

Dated: November 19, 2026

Dana Lossia

Dana E. Lossia
LEVY RATNER
80 Eighth Avenue, 8th Floor
New York, New York 10011
212-627-8100
dlossia@levyratner.com
*Attorney for Plaintiff Vulcan Society of Westchester County, Inc.*

Dated: November 19, 2026

Raymond P. Fitzpatrick, Jr.

Raymond P. Fitpatrick, Jr.
1200 Corporate Drive, Suite 105
Birmingham, Alabama 35242
205-437-8846
rfp@rfitzpatricklaw.com
*Attorney for the Yonkers Defendants*

SO ORDERED:

Jessica Clarke

HON. JESSICA G.L. CLARKE
United States District Judge
Dated: November 20, 2026
White Plains, New York